MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CROSS v. PACIFIC COAST PLAZA                    Case No. 06cv2543 JM(RBB)
                                                **Time Spent:**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                    Rptr.

                              Attorneys
        Plaintiffs                              Defendants

PROCEEDINGS:    ____ In Chambers    ____ In Court    ____ Telephonic

Defendant Cost Plus, Inc.'s Ex Parte Application to Appear by Telephone at Joint Early Neutral Evaluation [doc. no. 59] is granted in part.

In light of the settlement reached between Plaintiff and Defendant Cost Plus, Inc., Cost Plus is excused from attending the early neutral evaluation conference set for January 17, 2007, at 10:00 a.m.

DATE: January 12, 2007      IT IS SO ORDERED:   *Ruben Brooks*
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge
cc:  Judge Miller                               INITIALS: VL (mg/irc) Deputy
     All Parties of Record