**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

<u>CROSS</u> v. <u>PACIFIC COAST PLAZA</u>  Case No. <u>06cv2543 JM(RBB)</u>
**Time Spent:**_____

<u>HON. RUBEN B. BROOKS</u>   <u>CT. DEPUTY VICKY LEE</u>                  <u>Rptr.</u>

<u>Attorneys</u>
<u>Plaintiffs</u>                                      <u>Defendants</u>
_____     _____

PROCEEDINGS:   ____ In Chambers    ____ In Court    ____ Telephonic

Defendant Rowley Petroleum Corporation's Ex Parte Application for Excuse from Participation in Early Neutral Evaluation Conference [doc. no. 73] is granted.

DATE: <u>January 17, 2007</u>   IT IS SO ORDERED:   *Ruben Brooks*
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge

cc: Judge Miller                       INITIALS: <u>VL (mg/irc)</u> Deputy
    All Parties of Record