UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE CROSS<br>            Plaintiff,<br><br>    v.<br><br>PACIFIC COAST PLAZA INVESTMENTS, L.P.; COST PLUS, INC. dba COST PLUS #81; ORTHO MATTRESS, INC.; STARBUCKS CORPORATION dba STARBUCKS COFFEE #5432; TSA STORES, INC. dba SPORTS AUHTORITY #783; BEST BUY STORES, L.P. dba BEST BUY #437; SWH CORPORATION dba MIMI'S CAFÉ #0034; PARTY CITY CORPORATION dba PARTY CITY OF OCEANSIDE #572; BED BATH & BEYOND OF CALIFORNIA LIMITED LIABILITY COMPANY dba BED BATH & BEYOND #139; KAMAY BEAUTY, LLC dba KAMAY BEAUTY; SOOK HUI MOON dba GEN X CLOTHING; EINSTEIN AND NOAH CORP. dba EINSTEIN BROTHERS BAGELS #3047; SUPER RX, INC. dba STATER BROTHERS MARKET; ROWLEY PETROLEUM CORPORATION dba ROWLEY CHEVRON; ARTHUR SANDOVAL ENTERPRISES, INC. dba MCDONALD'S #19746; MCDONALD'S CORPORATION; GOURMET SYSTEMS OF CALIFORNIA, INC. dba APPLEBEE'S NEIGHBORHOOD GRILL & BAR; STAPLES THE OFFICE SUPERSTORE, LLC dba STAPLES #0759<br>            Defendants. | CASE NO. 06 CV 2543 JM RBB<br><br>**ORDER RE: DEFENDANT EINSTEIN AND NOAH CORP. D/B/A EINSTEIN BROTHERS BAGELS #3047'S EX PARTE APPLICATION TO BE EXCUSED FROM THE JOINT EARLY NEUTRAL EVALUATION CONFERENCE, OR, ALTERNATIVELY, TO BE ALLOWED TO APPEAR TELEPHONICALLY**<br><br>Date: January 17, 2007<br>Time: 10:00 a.m., Courtroom 1185<br><br>Date Action Filed: November 17, 2006<br>Date Trial Set: None<br><br>ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JEFFREY T. MILLER |

1

The Ex-Parte Application by Defendant Einstein and Noah Corp. d/b/a Einstein Bros. Bagels #3047 to be excused from the Joint Early Neutral Evaluation Conference scheduled for January 17, 2007, at 10:00 a.m. in Courtroom 1185, is denied as moot because this Defendant has settled the claims against it.

Dated: January 17, 2007

_____
MAGISTRATE JUDGE OF THE DISTRICT COURT

**PROOF OF SERVICE**

**1013 A(3) CCP REVISED 5/1/88**

STATE OF COLORADO, CITY AND COUNTY OF DENVER

I am employed in the City and County of Denver, State of Colorado. I am over the age of 18 and not a party to the within action. My business address is 1700 Lincoln Street, Suite 4100, Denver, Colorado 80203.

On January 16, 2007, I served the foregoing document described as **[PROPOSED] ORDER RE: DEFENDANT EINSTEIN AND NOAH CORP. D/B/A EINSTEIN BROTHERS BAGELS #3047'S EX PARTE APPLICATION TO BE EXCUSED FROM THE JOINT EARLY NEUTRAL EVALUATION CONFERENCE, OR, ALTERNATIVELY, TO BE ALLOWED TO APPEAR TELEPHONICALLY** on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Lynn Hubbard, III, Esq.<br>Scottlynn J. Hubbard, IV, Esq.<br>Disabled Advocacy Group, APLC<br>12 Williamsburg Lane<br>Chico, California  95926 | Debra L. Fischer, Esq.<br>Heather C. Beatty, Esq.<br>Jill Cooper Teraoka, Esq.<br>Bingham McCutchen LLP<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, California  90071-3106 |
| Gregory F. Hurley, Esq,<br>Stacey L. Herter, Esq.<br>Greenberg Traurig, LLP<br>650 Town Center Drive, Suite 1700<br>Costa Mesa, California  92626 | William A. Adams, Esq.<br>Norton Adams & Downer, LLP<br>525 B Street, Suite 1500<br>San Diego, California  92101 |
| Alan H. Boon, Esq.<br>Berger, Kahn a Law Corporation<br>2 Park Plaza, Suite 650<br>Irvine, California  92614-8516 | David F. Faustman, Esq.<br>Fox Rothchild LLP<br>1801 Century Park East, Suite 1420<br>Los Angeles, California  90067 |
| Brendan W. Brandt, Esq.<br>Keith A. Kelly, Esq.<br>Varner & Brandt LLP<br>3750 University Avenue, Suite 610<br>Riverside, California  92501 | Richard J. Bergstrom, Esq.<br>Morrison and Foerster<br>12531 High Bluff Drive<br>San Diego, California  92130-3014 |

3

**[PROPOSED] ORDER RE: DEFENDANT EINSTEIN AND NOAH CORP. D/B/A EINSTEIN BROTHERS BAGELS #3047'S EX PARTE APPLICATION TO BE EXCUSED FROM THE JOINT EARLY NEUTRAL EVALUATION CONFERENCE, OR, ALTERNATIVELY, TO BE ALLOWED TO APPEAR TELEPHONICALLY**

Diane Cross v. Pacific Coast Plaza Investments, L.P., et al.

Case No. 06cv2543 JM RBB

```
George E. Fleming, Esq.
Baker and Mackenzie
101 West Broadway, Suite 1200
San Diego, California  92101-8213

Karen L. Stephenson, Esq.
Gotta Glassman and Hoffman
1801 Century Park East, Suite 1420
Los Angeles, California  90067
William Adams
Norton Adams & Downey
525 "B" Street, Suite 1500
San Diego, CA  92101
```

  X  BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Denver, Colorado in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

  ☐  BY PERSONAL SERVICE: I caused the above-mentioned document to be personally served to the offices of the addressee.

  ☐  BY FACSIMILE: I communicated such document via facsimile to the addressee as indicated on the attached service list.

  ☐  BY FEDERAL EXPRESS: I caused said document to be sent via Federal Express to the addressee as indicated on the attached service list.

  Executed on January 16, 2007, at Denver, Colorado.

  X  (STATE) I declare under penalty of perjury the laws of the State of Colorado that the above is true and correct.

  ☐  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

          /s/ Teresa Jo Armstrong
         Teresa Jo Armstrong

---

4

**[PROPOSED] ORDER RE: DEFENDANT EINSTEIN AND NOAH CORP. D/B/A EINSTEIN BROTHERS BAGELS #3047'S EX PARTE APPLICATION TO BE EXCUSED FROM THE JOINT EARLY NEUTRAL EVALUATION CONFERENCE, OR, ALTERNATIVELY, TO BE ALLOWED TO APPEAR TELEPHONICALLY**
Diane Cross v. Pacific Coast Plaza Investments, L.P., et al.
Case No. 06cv2543 JM RBB