# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE CROSS,<br><br>            Plaintiff,<br><br>  v.<br><br>PACIFIC COAST INVESTMENTS, LP, *et al.*,<br><br>            Defendants. | Case No. 06-CV-02543-JM (RBB)<br><br>**ORDER RE: JOINT MOTION FOR DISMISSAL** |

      Based on the parties' Joint Motion for Dismissal [Docket No. 123], and good cause appearing therefor,

      IT IS HEREBY ORDERED that the Joint Motion for Dismissal is granted, and this matter is dismissed with prejudice as to defendant PACIFIC COAST PLAZA INVESTMENTS, LP only. Additionally, the court dismisses plaintiff's claims concerning the common and/or exterior area of the Pacific Coast Plaza Shopping Center and the restrooms on the interior of the Bed Bath and Beyond as to all defendants.

      **IT IS SO ORDERED**.

DATED: April 2, 2007.

                                            Hon. Jeffrey T. Miller
                                            United States District Judge

cc: All Parties