### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

CROSS v. PACIFIC COAST PLAZA                         Case No. 06cv2543 JM(RBB)

Time Spent:_____

HON. RUBEN B. BROOKS       CT. DEPUTY VICKY LEE                        Rptr.

Attorneys

Plaintiffs                          Defendants

_____          _____
_____          _____

PROCEEDINGS:   _____  In Chambers   _____  In Court   _____  Telephonic

Defendant Cost Plus, Inc.'s Ex Parte Application to Appear by Telephone at Settlement Conference [doc. no. 125] is denied.

Because Defendant Cost Plus has reached a settlement with Plaintiff, Cost Plus is excused from attending the settlement conference on April 13, 2007, at 8:30 a.m.

A settlement disposition conference will be held for Defendant Cost Plus ONLY on May 7, 2007, at 8:00 a.m., in the chambers of Magistrate Judge Brooks **UNLESS AN ORDER GRANTING A JOINT MOTION TO DISMISS THE CASE HAS BEEN ENTERED PRIOR TO THE SCHEDULED SETTLEMENT DISPOSITION CONFERENCE.  IN ALL CASES WHERE ELECTRONIC FILING IS REQUIRED, THE PARTIES SHALL ELECTRONICALLY FILE A JOINT MOTION TO DISMISS THIS CASE BY April 30, 2007.  IN ADDITION, THE PARTIES SHALL E-MAIL A PROPOSED ORDER GRANTING THE JOINT MOTION TO JUDGE BROOKS'S OFFICIAL E-MAIL ADDRESS (efile_brooks@casd. uscourts.gov) PREFERABLY IN WORDPERFECT FORMAT, WITH A COPY OF THE E-MAIL AND PROPOSED ORDER BEING SENT TO OPPOSING COUNSEL.**

The joint motion for dismissal will be reviewed by Magistrate Judge Brooks and then forwarded to the district judge.  If a joint motion cannot be submitted on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Brooks at least one court day before the date indicated above to explain why the joint motion was not submitted.

**If the parties wish to consent to continuing magistrate judge jurisdiction, a consent form signed by the parties and counsel shall accompany the joint motion to dismiss.  Consent forms are available in the Clerk's office or on-line.**

**Monetary sanctions may be imposed for failure to comply with this order.**

DATE:  April 10, 2007              IT IS SO ORDERED:   _____
                                                       Ruben B. Brooks,
                                                       U.S. Magistrate Judge
cc:  Judge Miller                  INITIALS:  VL (mq/irc)  Deputy
     All Parties of Record