JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK (Bar No. 083908) morlick@jmbm.com
MATTHEW S. KENEFICK (Bar No. 227298) mkenefick@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3824
Telephone:      (415) 398-8080
Facsimile:      (415) 398-5584

Attorneys for Defendant
BED BATH & BEYOND INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE CROSS,<br><br>        Plaintiff,<br><br>  v.<br><br>PACIFIC COAST PLAZA INVESTMENTS, L.P., et al.,<br><br>        Defendants. | CASE NO.    06-CV-2543 JM (RBB)<br><br>**ORDER GRANTING  DEFENDANT BED BATH & BEYOND INC.'S  EX PARTE APPLICATION TO APPEAR BY TELEPHONE AT SETTLEMENT CONFERENCE; [PROPOSED] ORDER;**<br><br>**Date: April 13, 2007**<br>**Time: 8:30 a.m.**<br>**Ctrm: 1185**<br><br>Complaint filed:  November 17, 2006 |

    GOOD CAUSE SHOWING, the *ex parte* application of Bed Bath & Beyond Inc. to be excused from the Settlement Conference on April 13, 2007 is hereby GRANTED.

DATED: April 10, 2007

                                      /s/ Ruben Brooks
                                      RUBEN B. BROOKS
                         Presiding Magistrate Judge of the District Court