1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| Diane Cross, | Case No. 06-CV-02543-JM (RBB) |
| Plaintiff | |
| vs. | **ORDER GRANTING JOINT MOTION FOR DISMISSAL** |
| PACIFIC COAST INVESTMENTS, L.P., *et al.* | |
| Defendants. | |

Having read the foregoing Joint Motion, and good cause appearing therefore, the Court GRANTS the Joint Motion and dismisses the above-captioned action with prejudice as to defendant Super RX, Inc. dba Stater Brothers Market only.

**IT IS SO ORDERED.**

DATED: April 27, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All Parties

06-CV-02543