## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

CROSS v. PACIFIC COAST PLAZA                     Case No. 06cv2543 JM(RBB)
                                                 **Time Spent:** _____

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE                    Rptr. _____

                            Attorneys

        Plaintiffs                          Defendants

Lynn Hubbard                            Merrit Jones
                                        Stacey Herter
                                        William Adams
                                        Martin Orlick

PROCEEDINGS:   ____ In Chambers    ____ In Court    ____ Telephonic

Plaintiff's Ex Parte Motion to Amend the Case Management Conference Order Regulating Discovery and Other Pretrial Proceedings [doc. no. 138] is granted in part.

The Case Management Conference Order [doc. no. 81] shall be modified as follows:

1. The deadline for completing discovery shall be changed from July 16, 2007, to September 14, 2007;

2. The deadline for serving written discovery requests shall be changed from May 14, 2007, to June 14, 2007;

3. The deadline for Plaintiff to designate her expert witnesses shall be changed from May 14, 2007, to July 16, 2007. Defendants shall serve their list of designated expert witnesses by August 10, 2007, and either party may supplement its designation by August 24, 2007;

4. All pretrial motions must be filed on or before September 14, 2007.

All other dates remain as previously set.

DATE: May 21, 2007          IT IS SO ORDERED:   *Ruben Brooks*
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge
cc: Judge Miller                          INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\1983\CROSS2543\MINUTE19.wpd