UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| DIANE CROSS, | Case No. 06cv2543 JM (RBB) |
| Plaintiff, | |
| vs. | **ORDER RE: JOINT MOTION FOR DISMISSAL** |
| PACIFIC COAST PLAZA INVESTMENTS, LP, et al. | |
| Defendants. | |

Having read the Joint Motion for Dismissal, and good cause appearing therefore, the Court GRANTS the Joint Motion and dismisses the above-captioned action with prejudice.  The Clerk of Court is instructed to close the file as all claims have now been resolved.

Dated: September 27, 2007

_____
Hon. Jeffrey T. Miller
Judge of the District Court